Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
EVELINE HENRIETTE ROSENBERRY

FILED
2010 JAN 11 P 2: 16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| EVELINE HENRIETTE ROSENBERRY,<br><br>Plaintiff,<br><br>v.<br><br>WELTMAN, WEIBERG & REIS CO., L.P.A.,<br>an Ohio corporation,<br><br>Defendants. | Case No.: C10 00125 HRL<br><br>**COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>15 United States Code § 1692 *et seq.*<br>California Civil Code § 1788 *et seq.* |

Plaintiff, EVELINE ROSENBERRY (hereinafter "Plaintiff"), based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff or her attorneys (which are alleged on personal knowledge), hereby makes the following allegations:

## I. INTRODUCTION

1. This is an action for statutory damages, attorney fees and costs brought by an individual consumer for Defendant's violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibit debt collectors from engaging in abusive, deceptive and unfair practices.

2. According to 15 U.S.C. § 1692:

   a. There is abundant evidence of the use of abusive, deceptive, and unfair debt

collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

    b. Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

    c. Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

    d. Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

    e. It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## II. JURISDICTION

3. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

4. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

## III. VENUE

5. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a

substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that Defendants transact business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

### IV. INTRADISTRICT ASSIGNMENT

6. This lawsuit should be assigned to the San Jose Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara County.

### V. PARTIES

7. Plaintiff, EVELINE HENRIETTE ROSENBERRY (hereinafter "Plaintiff"), is a natural person who resided at all relevant times in Santa Clara County, California. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h) and a "senior citizen" within the meaning of Cal. Civil Code § 1761(f).

8. Defendant, WELTMAN, WEIBERG & REIS CO., L.P.A. (hereinafter "WELTMAN") is an Ohio corporation engaged in the business of collecting debts in this state with its principal place of business located at: 323 West Lakeside Avenue, Suite 200, Cleveland, Ohio 44113-1099. WELTMAN may be served as follows: Weltman, Weinberg & Reis Co., L.P.A., c/o Alan Weinberg, Agent for Service, 323 West Lakeside Avenue, Suite 200, Cleveland, Ohio 44113-1099. The principal purpose of WELTMAN is the collection of debts using the mails and telephone and WELTMAN regularly attempts to collect debts alleged to be due another. WELTMAN is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

### VI. FACTUAL ALLEGATIONS

9. On a date or dates unknown to Plaintiff, Plaintiff is alleged to have incurred a

financial obligation, namely a consumer credit account (hereinafter "the debt"). The debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

10. Sometime thereafter on a date unknown to Plaintiff, the debt was consigned, placed or otherwise transferred to Defendant for collection from Plaintiff.

11. Thereafter, Defendant sent a collection letter (Exhibit "1") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

12. The collection letter (Exhibit "1") is dated January 13, 2009.

13. A true and accurate copy of the January 13, 2009, collection letter from Defendant to Plaintiff is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

14. On or about January 22, 2009, Plaintiff mailed a letter to Defendant which stated in relevant part:

> With this letter I hereby request that you CEASE and DESIST any and all efforts to collect on the above referenced account. I have attached a copy of your most recent correspondence for your reference.
>
> You are hereby instructed to cease all collection efforts immediately or face legal sanctions under the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c) and/or the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788.17.
>
> Until advised otherwise, you should mark this account as "disputed," pursuant to 15 U.S.C. § 1692e(8).
>
> Finally, please be advised that I am a senior citizen and any further collection communications will cause me undue stress and anxiety. See Cal Civil Code § 3345.

15. A true and accurate copy of Plaintiff's letter requesting that Defendant cease and desist their efforts to collect the debt is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

16. Defendant received Plaintiff's letter requesting that Defendant cease and desist their efforts to collect the debt (Exhibit "2") on or about January 26, 2009.

17. A true and accurate copy of the USPS Tracking Report and Certified Mail Return Receipt evidencing Defendant's receipt of Plaintiff's letter requesting that Defendant cease and desist their efforts to collect the debt (Exhibit "2") is attached hereto, marked Exhibit "3," and by this reference is incorporated herein.

18. Defendant knew or should have known that their conduct was directed towards a senior citizen.

19. Thereafter, Defendant sent a collection letter (Exhibit "4") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

20. The collection letter (Exhibit "4") is dated March 12, 2009.

21. The collection letter (Exhibit "4") was sent in an envelope on which the date March 14, 2009, was imprinted.

22. Plaintiff is informed and believes, and thereon alleges, that Defendant deposited the envelope containing the collection letter (Exhibit "4") in the United States Mail on or about March 14, 2009.

23. A true and accurate copy of the March 12, 2009, collection letter from Defendant to Plaintiff is attached hereto, marked Exhibit "4," and by this reference is incorporated herein.

24. As a senior citizen subjected to Defendant's abusive, deceptive and unfair collection practices, Plaintiff is entitled to treble damages pursuant to Cal. Civil Code § 3345.

## VII. CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

25. Plaintiff brings the first claim for relief against Defendant under the Federal Fair

Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

26. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as though fully set forth herein.

27. Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

28. Defendant, WELTMAN, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

29. The financial obligation alleged to be owed by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

30. Defendant has violated the FDCPA. The violations include, but are not limited to, the following:

   a. Defendant continued to communicate with Plaintiff in an attempt to collect the alleged debt, after receiving written notification that Plaintiff wished Defendant to cease further communication with Plaintiff with respect to the debt being collected, in violation of 15 U.S.C. § 1692c(c); and

   b. Defendant continued its collection efforts against Plaintiff after receiving a written notification that was sent within the thirty-day validation period by Plaintiff disputing the debt being collected in its entirety without first obtaining a verification of the debt being collected and mailing a copy of such verification to Plaintiff, in violation of 15 U.S.C. § 1692g(b).

31. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

32. As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an

- 6 -
COMPLAINT

award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. § 1692k.

**ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

33. Plaintiff brings the second claim for relief against Defendant under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

34. Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as though fully set forth herein.

35. Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(h).

36. Defendant, WELTMAN, is a "debt collector" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(c).

37. The financial obligation alleged to be owed by Plaintiff is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

38. Defendant violated the RFDCPA. The violations include, but are not limited to, the following:

    a. Defendant continued to communicate with Plaintiff in an attempt to collect the alleged debt, after receiving written notification that Plaintiff wished Defendant to cease further communication with Plaintiff with respect to the debt being collected, in violation of Cal. Civil Code § 1788.17;[1]

    b. Defendant continued its collection efforts against Plaintiff after receiving a written notification that was sent within the thirty-day validation period by Plaintiff disputing the debt being collected in its entirety without first obtaining a verification of the debt being collected and mailing a copy of such verification to Plaintiff, in violation of Cal. Civil Code §

---

[1] 15 U.S.C. § 1692c(c).

1788.17.[2]

39. Defendant's acts as described above were done willfully and knowingly with the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code § 1788.30(b).

40. As a result of Defendant's willful and knowing violations of the RFDCPA, Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code § 1788.30(b).

41. As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to an award of statutory damages pursuant to Cal. Civil Code § 1788.17.[3]

42. As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to an award of her reasonable attorney's fees and costs pursuant to Cal. Civil Code §§ 1788.30(c) and 1788.17.[4]

43. Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies that the Plaintiff may have under any other provision of law.

## VIII. REQUEST FOR RELIEF

Plaintiff requests that this Court:

a. Assume jurisdiction in this proceeding;

b. Declare that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692c(c) and 1692g(b);

c. Declare that Defendant violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788.17;

---

[2] 15 U.S.C. § 1692g(b).
[3] 15 U.S.C. § 1692k(a)(2)(A).
[4] 15 U.S.C. § 1692k(a)(3).

  d. Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

  e. Award Plaintiff a statutory penalty in an amount not less than $100 nor greater than $1,000 pursuant to Cal. Civil Code § 1788.30(b);

  f. Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to Cal. Civil Code § 1788.17;[5]

  g. Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civil Code §§ 1788.30(c) and 1788.17;[6]

  h. Award Plaintiff treble damages pursuant to Cal. Civil Code § 3345; and

  i. Award Plaintiff such other and further relief as may be just and proper.

          CONSUMER LAW CENTER, INC.

          By: /s/ Fred W. Schwinn
            Fred W. Schwinn, Esq.
            Attorney for Plaintiff
            EVELINE HENRIETTE ROSENBERRY

## CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

          /s/ Fred W. Schwinn
          Fred W. Schwinn, Esq.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, EVELINE HENRIETTE ROSENBERRY, hereby

---

[5] 15 U.S.C. § 1692k(a)(2)(A).
[6] 15 U.S.C. § 1692k(a)(3).

demands a trial by jury of all triable issues of fact in the above-captioned case.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

LAW OFFICES OF

# WELTMAN, WEINBERG & REIS CO., L.P.A.

323 W. LAKESIDE AVE. STE. 200
CLEVELAND, OH 44113-1099
(216) 739-5651    (800) 286-9403
MON-THURS 8AM-9PM, FRI 8AM-5PM, & SAT 8AM-12PM EST

January 13, 2009

EVELINE ROSENBERRY
750 FAIRMONT AVE APT 3
MOUNTAIN VIEW CA 94041-2049

LVNV FUNDING LLC
Account No.: 348385015
WWR No.: 7242375
Balance Due: $2,743.45

Dear EVELINE ROSENBERRY:

Please be advised that this law firm has been retained to collect the outstanding balance due and owing on this account. As of the date of this letter you owe the amount listed above. Therefore, it is important that you contact our office to discuss an appropriate resolution for this matter.

This law firm is a debt collector attempting to collect this debt for our client and any information obtained will be used for that purpose. Unless you dispute the validity of this debt, or any portion thereof, within thirty (30) days of receipt of this letter, we will assume that the debt is valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and mail you a copy. If you request in writing within the thirty (30) day period, we will provide you with the name and address of the original creditor if different from the current creditor.

Thank you for your attention to this matter.

Sincerely,

Weltman, Weinberg & Reis Co., L.P.A.

***PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR RIGHTS***

IONWELT01323

***To receive proper credit on your account, please detach the bottom portion and return with your payment in the enclosed envelope***

---

323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113-1099

WWR No.: 7242375
Balance Due as of January 13, 2009: $2,743.45

January 13, 2009

H20/323/8175229/1250-323    115336797

EVELINE ROSENBERRY
750 Fairmont Ave Apt 3
Mountain View CA 94041-2049

WELTMAN, WEINBERG & REIS CO., L.P.A.
323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113-1099


EXHIBIT 1

H20/323/8175229/1250

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113-1099

H20/323/81752229/1250-323     115336797
EVELINE ROSENBERRY
750 Fairmont Ave Apt 3
Mountain View CA 94041-2049

MAILED FROM ZIP CODE 48068

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 605

# CEASE AND DESIST LETTER

_Weltman, Weinberg & Reis Co., L.P.A._
Collection Agency's Name

_323 W. Lakeside Ave. STE. 200_
Collection Agency's Address

_Cleveland, OH 44113-1099_

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

_January 22, 2009_
Today's Date

_7008 1140 0002 7172 7595_
Tracking Number

Re: Account No. _348385015_

Dear Sir or Madam:

With this letter I hereby request that you CEASE and DESIST any and all efforts to collect on the above referenced account. I have attached a copy of your most recent correspondence for your reference. I will only deal with the original creditor of this account.

You are hereby instructed to cease all collection efforts immediately or face legal sanctions under the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692c(c) and the Rosenthal Fair Debt Collection Practices Act, California Civil Code §1788.17.

Until advised otherwise, you should mark this account as "disputed," pursuant to 15 U.S.C. § 1692e(8).

Finally, please be advised that I am a Senior Citizen and any further collection communications will cause me undue stress and anxiety. See Cal Civil Code § 3345.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

_Eveline H. Rosenberry_
Sign your name here

_EVELINE H. ROSENBERRY_
Print your name here

_750 FAIRMONT AVE APT. #3_
Print your address here

_MOUNTAIN VIEW, CA 94041-2049_

EXHIBIT 2



LAW OFFICES OF

# WELTMAN, WEINBERG & REIS CO., L.P.A.

323 W. LAKESIDE AVE. STE. 200
CLEVELAND, OH 44113-1099
(216) 739-5651    (800) 286-9403
MON-THURS 8AM-9PM, FRI 8AM-5PM, & SAT 8AM-12PM EST

January 13, 2009

EVELINE ROSENBERRY
750 FAIRMONT AVE APT 3
MOUNTAIN VIEW CA 94041-2049

LVNV FUNDING LLC
Account No.: 348385015
WWR No.: 7242375
Balance Due: $2,743.45

Dear EVELINE ROSENBERRY:

Please be advised that this law firm has been retained to collect the outstanding balance due and owing on this account. As of the date of this letter you owe the amount listed above. Therefore, it is important that you contact our office to discuss an appropriate resolution for this matter.

This law firm is a debt collector attempting to collect this debt for our client and any information obtained will be used for that purpose. Unless you dispute the validity of this debt, or any portion thereof, within thirty (30) days of receipt of this letter, we will assume that the debt is valid. If you notify us in writing within the thirty (30) day period that the debt, or any portion thereof, is disputed, we will obtain verification of the debt and mail you a copy. If you request in writing within the thirty (30) day period, we will provide you with the name and address of the original creditor if different from the current creditor.

Thank you for your attention to this matter.

Sincerely,

Weltman, Weinberg & Reis Co., L.P.A.

***PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR RIGHTS***

IONWELT01323

***To receive proper credit on your account, please detach the bottom portion and return with your payment in the enclosed envelope***

---

323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113-1099

WWR No.: 7242375
Balance Due as of January 13, 2009: $2,743.45

January 13, 2009

WELTMAN, WEINBERG & REIS CO., L.P.A.
323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113-1099

H20/323/8175229/1250-323    115336797

EVELINE ROSENBERRY
750 Fairmont Ave Apt 3
Mountain View CA 94041-2049

H20/323/8175229/1250


**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7008 1140 0002 7172 7595**
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
**Return Receipt**
Status: **Delivered**

Your item was delivered at 8:52 AM on January 26, 2009 in CLEVELAND, OH 44113.

Information on this item has been restored from offline files and will be available online for 30 days from 12/16/2009.

Detailed Results:

- **Delivered, January 26, 2009, 8:52 am, CLEVELAND, OH 44113**
- **Arrival at Unit, January 26, 2009, 7:28 am, CLEVELAND, OH 44113**
- **Acceptance, January 22, 2009, 4:43 pm, SAN JOSE, CA 95113**

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2009 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Weltman, Weinberg & Reis
    Co., L.P.A.
    323 W. Lakeside Ave, Ste.
    200
    Cleveland, OH 44113-1099

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X WELTMAN, WEINBERG & REIS CO. LPA   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                   JAN 2 6

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)       **7008 1140 0002 7172 7595**

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT 3**

LAW OFFICES OF

# WELTMAN, WEINBERG & REIS CO., L.P.A.

323 W. LAKESIDE AVE. STE. 200
CLEVELAND, OH 44113-1099
(216) 739-5651    (800) 286-9403
MON-THURS 8AM-9PM, FRI 8AM-5PM, & SAT 8AM-12PM EST

March 12, 2009

EVELINE ROSENBERRY
750 FAIRMONT AVE APT 3
MOUNTAIN VIEW CA 94041-2049

LVNV FUNDING LLC
Account No.: 348385015
WWR No.: 7242375
Balance Due as of March 12, 2009: $2,779.28

Dear EVELINE ROSENBERRY:

Please be advised that the current balance due and owing on this matter as of the date of this letter is listed above. Should you have any questions please feel free to contact our office to discuss this account. Thank you for your attention to this matter.

This law firm is a debt collector attempting to collect this debt for our client and any information obtained will be used for that purpose.

Sincerely,

Weltman, Weinberg & Reis Co., L.P.A.

44ONWELT0143

***To receive proper credit on your account, please detach the bottom portion and return with your payment in the enclosed envelope***

---

323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113-1099

WWR No.: 7242375
Balance Due as of March 12, 2009: $2,779.28

March 12, 2009

H20/43/8556114/0838-43    139926082

EVELINE ROSENBERRY
750 Fairmont Ave Apt 3
Mountain View CA 94041-2049

WELTMAN, WEINBERG & REIS CO., L.P.A.
323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113-1099



EXHIBIT 4

H20/43/8556114/0838

## PRIVACY NOTICE

This Privacy Notice is being given on behalf of each of the following related companies (the "Sherman Companies"). It describes the general policy of the Sherman Companies regarding the personal information of customers and former customers.

| | | |
|---|---|---|
| Sherman Acquisition Limited Partnership | Resurgent Capital Services L.P. | Anson Street LLC |
| Sherman Acquisition II Limited Partnership | Resurgent Capital Services PR LLC | Ashley Funding Services LLC |
| | | Credit One Bank, N.A. |
| | LVNV Funding, LLC | SFG REO, LLC |
| Sherman Acquisition L.L.C. | Ascent Card Services, LLC | PYOD LLC |
| Sherman Acquisition TA LP | Ascent Card Services II LLC | Tradd Street LLC |

**Information We May Collect.** The Sherman Companies may collect the following personal information: (1) information that we receive from your account file at the time we purchase or begin to service your account, such as your name, address, social security number, and assets; (2) information that you may give us through discussion with you, or that we may obtain through your transactions with us, such as your income and payment history; (3) information that we receive from consumer reporting agencies, such as your creditworthiness and credit history, and (4) information that we obtain from other third party information providers, such as public records and databases that contain publicly available data about you, such as bankruptcy and mortgage filings. All of the personal information that we collect is referred to in this notice as "collected information".

**Confidentiality and Security of Collected Information.** At the Sherman Companies, we restrict access to collected information about you to individuals who need to know such collected information in order to perform services in connection with your account. We maintain physical safeguards (like restricted access), electronic safeguards (like encryption and password protection), and procedural safeguards (such as authentication procedures) to protect collected information about you.

**Sharing Collected Information with Affiliates and Third Parties**

**Sharing with Affiliates.** From time to time, the Sherman Companies may share collected information about customers and former customers with each other and with their affiliated financial services companies in connection with administering and collecting accounts.

**Sharing with Third Parties.** The Sherman Companies do not share collected information about customers or former customers with third parties, except as permitted by applicable privacy law. For example, collected information may be shared in certain circumstances (A) with third parties, to service or enforce accounts, (B) with credit reporting agencies, and (C) with law enforcement officials, to protect against fraud or other crimes.

**Special Notice Regarding Collected Information Subject to the Fair Debt Collection Practices Act.**
This Privacy Notice is being sent to you by the Sherman Companies in accordance with federal privacy law, and it describes our privacy practices generally. However, please be assured that collected information that is received or used for purposes of collecting a debt subject to the Fair Debt Collection Practices Act is communicated only in accordance with that Act.

323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113-1099

H20/43/8556114/0838-43      139926082
EVELINE ROSENBERRY
750 Fairmont Ave Apt 3
Mountain View CA 94041-2049

03/14/09



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 605

MAILED FROM ZIP CODE 48068